IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ABIOLA D. BALOGUN-AWOSIKA     *

                               *

         v.                        *    Civil No. JFM-01-1886

                               *

UNIVERSITY OF MARYLAND        *

MEDICAL SYSTEM CORPORATION    *

                            *****

ORDER

For the reasons stated on the record on July 12, 2001, it is, this 13th day of July 2001

ORDERED that plaintiff's motion for preliminary injunction is denied.

_____

J. Frederick Motz
United States District Judge

