**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

July 13, 2001

Memo To Counsel Re: Abiola Balogun-Awosika v. University of Maryland
Medical System Corporation
Civil No. JFM-01-1886

Dear Counsel:

This will confirm the schedule set during the conclusion of the conference held yesterday.

| | |
|---|---|
| December 14, 2001 | Fact discovery deadline |
| January 18, 2002 | Summary judgment motions deadline (subject to the provisions of Local Rule 105.2.c) |

This will also confirm that the provision of any Rule 26(a)(2) disclosures relating to damages experts and any damages expert discovery will be deferred until after I have ruled upon any summary judgment motion that is filed.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File