Case 1:01-cv-01886-JFM    Document 11    Filed 12/07/2001    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | | |
|---|---|---|
| ABIOLA D. BALOGUN-AWOSIKA | * | |
| Plaintiff | * | |
| v. | * | Case No.: JFM-01-CV-1886 |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties, through undersigned counsel, file this Joint Motion to Modify the Court's Scheduling Order and state that:

1. The current Scheduling Order requires all discovery to be completed by December 14, 2001.

2. The parties have served written discovery and expect to complete such discovery prior to the current discovery deadline.

3. However, due to the past Thanksgiving and upcoming Christmas holidays, the parties will be unable to complete the witness depositions until mid-January.

WHEREFORE, the parties respectfully request that this Honorable Court:

(1) Grant this Joint Motion To Modify Scheduling Order;

(2) Extend the fact discovery deadline in the Scheduling Order for thirty (30) days to Monday, January 14, 2002 and the summary judgment motions deadline to Tuesday, February 19, 2002; and



   (3)  Grant such other and further relief as the nature of the cause may require.

Dated: November 29, 2001

Respectfully submitted,

| | |
|---|---|
| _____ 11/29/01 | _____ 11/29/01 |
| Joseph T. Mallon, Jr.  Date | Peter E. Keith  Date |
| Federal Bar No. 22878 | Federal Bar No. 01483 |
| MALLON & MCCOOL, LLC | Willie W. Williams  Date |
| 16 S. Calvert Street | Federal Bar No. 25639 |
| Suite 1002 | GALLAGHER, EVELIUS & JONES, LLP |
| Baltimore, Maryland 21202 | 218 N. Charles Street |
| (410) 727-7887 | Suite 400 |
| | Baltimore, Maryland 21201 |
| | (410) 727-7702 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |
| Abiola Awosika | University of Maryland Medical Systems Corp. |

  It is so Ordered:

  This _7th_ day of ~~November~~ December, 2001.   _____
                   United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November 2001, a copy of Joint Motion to Modify Scheduling Order was sent by first class mail postage prepaid to:

Willie Williams, Esquire
Gallagher, Evelius & Jones, LLP
Park Charles, Suite 400
218 North Charles Street
Baltimore, Maryland 21201

_____
Joseph T. Mallon, Jr.
Counsel for Plaintiff

# MALLON & McCOOL LLC
## Attorneys at Law

Joseph T. Mallon, Jr. (MD & DC)
Steven J. McCool (DC & MD)

16 South Calvert Street
Suite 1002
Baltimore, Maryland 21202

Telephone (410) 727-7887
Facsimile (410) 727-4770

Washington, D.C. Office
1776 K Street, N.W.
Suite 300
Washington, D.C. 20006
Telephone (202) 393-7088
Facsimile (202) 293-3499

*FILED ENTERED RECEIVED NOV 30 2001 CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND BY*

November 29, 2001

United States District Court
for the District of Maryland
Clerk's Office
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Abiola D. Balogun-Awosika and UMMSC

Dear Sir or Madam:

    Enclosed please find the Joint Motion to Modify Scheduling Order in the above captioned matter. Please file same with the court.

    Thank you for your anticipated coorperation.

Sincerely,

Joseph T. Mallon, Jr.

JTM/tm
Enclosures