### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

ABIOLA D. BALOGUN-AWOSIKA     *

       Plaintiff         *

v.                     *      **Case No.: JFM-01-CV-1886**

UNIVERSITY OF MARYLAND     *
MEDICAL SYSTEM CORPORATION
                        *

       Defendant.       
                        *

*   *   *   *   *   *   *   *   *   *   *   *

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties, through undersigned counsel, file this Joint Motion to Modify the Court's Scheduling Order and state that:

1. The current Scheduling Order requires all discovery to be completed by January 14, 2002.

2. The parties have been unable to schedule the depositions of some witnesses as a result of the witnesses' holiday and vacation plans. In addition, another witness has been unavailable because she is expecting a baby at any time.

3. Due to the past holidays and other above-referenced matter, the parties will be unable to complete the witness depositions until mid-February.

WHEREFORE, the parties respectfully request that this Honorable Court:

(1) Grant this Joint Motion To Modify Scheduling Order;

(2)    Extend the fact discovery deadline in the Scheduling Order for thirty (30) days to Tuesday, February 19, 2002 and the summary judgment motions deadline to Tuesday, March 19, 2002; and

(3)    Grant such other and further relief as the nature of the cause may require.

Dated: January 9, 2002

Respectfully submitted,

_____ 1/9/02    _____ 1/9/02
Joseph T. Mallon, Jr.            Date        Peter E. Keith            Date
Federal Bar No. 22878                        Federal Bar No. 01483
MALLON & MCCOOL, LLC                         Willie W. Williams
16 S. Calvert Street                         Federal Bar No. 25639
Suite 1002                                   GALLAGHER, EVELIUS & JONES, LLP
Baltimore, Maryland 21202                    218 N. Charles Street
(410) 727-7887                               Suite 400
                                             Baltimore, Maryland 21201
                                             (410) 727-7702


Counsel for Plaintiff                        Counsel for Defendant
Abiola Awosika                               University of Maryland Medical
                                             Systems Corp.


        It is so Ordered:

        This /14/ day of January, 2002.

                                             _____
                                             United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January 2002, a copy of Joint Motion to

Modify Scheduling Order was sent by first class mail postage prepaid to:

Willie Williams, Esquire
Gallagher, Evelius & Jones, LLP
Park Charles, Suite 400
218 North Charles Street
Baltimore, Maryland 21201

Joseph T. Mallon, Jr.
Counsel for Plaintiff