IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ABIOLA D. BALOGUN-AWOSIKA | * | |
| Plaintiff | * | |
| v. | * | Case No.: JFM-01-CV-1886 |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Abiola Balogun-Awosika, and Defendant, University of Maryland Medical System Corporation, by their undersigned counsel, hereby request that this Court grant an enlargement of time to respond to Defendant's Motion for Summary Judgment. The grounds for this motion are as follows:

1. Currently, pursuant to Local Rule 105.2(a), Plaintiff has fourteen (14) days to respond to Defendant's Motion for Summary Judgment that was filed on the 19th day of March, 2002. Plaintiff's response is due April 5, 2002, as the Federal Rule of Civil Procedure 6(e) allows for three additional days if a motion is served via United States mail.

2. Currently pending is Plaintiff's Motion to Compel the Production of Documents. Counsel have reached a tentative solution to the discovery dispute. The Plaintiff believes that the documents which are the subject of the dispute are vital to Plaintiff's case and her ability to fully and adequately respond to Defendant's Motion for Summary Judgment. In addition, counsel for Defendant is amenable to the enlargement of time

1

3. The parties respectfully request, therefore, an enlargement of time to respond to Defendant's Motion for Summary Judgment. The parties request that Plaintiff's deadline be extended until April 22, 2002.

WHEREFORE, the parties respectfully request that their motion be granted and that the parties are granted an enlargement of time to respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

_____
Joseph T. Mallon, Jr.
Federal Bar No. 22878
Mallon & McCool, LLC
16 South Calvert Street, Suite 1002
Baltimore, Maryland 21202
410-727-7887
Attorney for Plaintiff

_____
Willie W. Williams
Federal Bar No. 25639
Gallagher, Evelius & Jones, LLP
218 North Charles St., Suite 400
Baltimore, MD 21202
410-576-7650
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of March, 2002, a copy of the foregoing Joint Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment was mailed first class, postage prepaid to:

Willie W. Williams
Gallagher, Evelius & Jones, LLP
218 North Charls St., Suite 400
Baltimore, MD 21202

_____
Joseph T. Mallon, Jr.

2