IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

ABIOLA D. BALOGUN-AWOSIKA    \*

                       \*

2002 JUN 18  A 10: 47

          v.                 \*   Civil No. JFM-01-1886

CLERK'S OFFICE
AT BALTIMORE

                       \*

UNIVERSITY OF MARYLAND        \*

Y_____DEPUTY

MEDICAL SYSTEM CORPORATION    \*

                       \*\*\*\*\*

ORDER

For the reasons stated in the accompanying memorandum, it is, this _/8/_ day of June

2002

ORDERED that

1. Defendant's motion for summary judgment is granted;

2. Judgment is entered for the defendant; and

3. This case is closed.



_____
J. Frederick Motz
United States District Judge

